UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. NICHOLS FOUCHT,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:22-cv-00068-BAK-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>(Doc. 2) |

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. Doc. 2. Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to issue the following documents: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

3. Counsel shall complete the form of consent/decline to proceed before a magistrate judge within 90 days of the issuance thereof, notwithstanding the stay.

4. <u>Plaintiff need not serve the Commissioner nor submit service documents to the U.S. Marshall.</u>

5. Service on the defendant shall proceed under the Court's E-Service program as follows. Once the summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's

1 Office at their designated email addresses a notice of electronic filing of the action
2 along with the summons and complaint.  The Commissioner has agreed not to raise
3 a defense of insufficient service of process if provided with notice of a complaint as
4 detailed in this order.  This order is not intended to prevent parties from making any
5 other motions that are appropriate under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **January 25, 2022**                    **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE