UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY NICHOLS FOUCHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, acting<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:22-cv-00068-AWI-BAK<br><br>**ORDER GRANTING PLAINTIFF EXTENSION TO FILE MOTION FOR SUMMARY JUDGMENT** |

　　　The parties stipulate to a 30-day extension of time from July 11, 2022 to August 10, 2022 for Plaintiff to file a motion for summary judgment due to counsel's workload and surgery recovery. This is Plaintiff's second extension.

　　　When considering whether good cause exists to modify a scheduling order, courts consider the foreseeability of the impediment to meeting the deadline and the party's diligence in seeking the extension once it became apparent they could not meet the deadline. *See Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012); *Ordaz Gonzalez v. Cty. of Fresno*, No. 1:18-CV-01558-BAM, 2020 WL 2539287, at *2 (E.D. Cal. May 19, 2020). The Court has the inherent power to manage its own docket to achieve an orderly and expeditious resolution of cases. *Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002).

　　　Counsel identified good cause for the extension and sought it well in advance of the deadline. Accordingly, it is **ORDERED** that Plaintiff's deadline to file a motion for summary judgment is extended to and including August 10, 2022. All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

　　　Dated: __June 28, 2022__　　　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE